UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>RAHUL DEV MANCHANDA,<br>Debtor. | 26-CV-9269 (JGLC)<br><br>**ORDER** |
| RAHUL DEV MANCHANDA,<br>Appellant,<br><br>-against-<br><br>WILLIAM K. HARINGTON,<br>Appellee. | |

JESSICA G. L. CLARKE, United States District Judge:

This bankruptcy appeal has been assigned to me for all purposes. The briefing schedule provided in the Federal Rules of Bankruptcy Procedures, specifically in Rule 8018, is not excused and is hereby adopted. The parties are advised that oral argument will not be held unless and until the Court orders otherwise. The Clerk of Court is respectfully directed to mail a copy of this Order to the Debtor-Appellant.

Dated: October 26, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge